UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RYAN WILKINS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:06-CV-1715 HEA |
| ) | |
| STEPHEN MINISTRIES, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court upon the applications of Ryan Wilkins and Emily Wilkins for leave to commence this action without payment of the required filing fee. Upon consideration of the financial information provided with the applications, the undersigned finds that the applicants are financially unable to pay any portion of the filing fee.

Therefore,

**IT IS HEREBY ORDERED** that plaintiffs' motions for leave to proceed in forma pauperis [Doc. #2 and #4] are **GRANTED**. *See* 28 U.S.C. § 1915(a)(1).

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to be issued upon the complaint.

Dated this 14th day of December, 2006.

_____
**UNITED STATES DISTRICT JUDGE**